WILLIAM W. McGAHA (BAR NO. 3234)
JOSHUA SANTERAMO (BAR NO. 12086)
SCHUETZE & McGAHA, P.C.
601 S. Rancho Drive, Suite C-20
Las Vegas, NV 89106
Phone: (702) 369-3225
Fax: (702) 369-2110
E-Mail: wwm@smlvlaw.net
        jms@smlvlaw.net

Attorneys for Plaintiff
TIPISONE MANU, JR.

GREGORY E. SMITH (BAR NO. 1590)
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Phone: (702) 834-8777
Fax: (702) 834-5262
E-Mail: ges@hmlawlv.com

AMY WINTERSHEIMER FINDLEY (CA BAR NO. 163074)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: awintersheimer@allenmatkins.com

Attorneys for Defendant
HOWMEDICA OSTEONICS CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIPISONE MANU, JR., an individual<br><br>Plaintiff,<br><br>vs.<br><br>HOWMEDICA OSTEONICS CORPORATION, a foreign Corporation; DOES 1 through X inclusive, and ROES CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No. 2:14-cv-01733-GMN-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)** |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

829424.01/SD                         -1-

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, Plaintiff Tipisone Manu, Jr. and Defendant Howmedica Osteonics Corporation, hereby stipulate to the voluntary dismissal of this action in its entirety, with prejudice, with each party to bear its/his own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: April 20, 2015

Respectfully submitted,

SCHUETZE & McGAHA, P.C.

By:   */s/Joshua Santeramo*
WILLIAM W. McGAHA, ESQ.
JOSHUA SANTERAMO, ESQ.
601 S. Rancho Drive, Suite C-20
Las Vegas, NV 89106
Attorneys for Plaintiff
TIPISONE MANU, JR.

Dated: April 20, 2015

Respectfully submitted,

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:   */s/Amy Wintersheimer Findley*
AMY WINTERSHEIMER FINDLEY, ESQ.
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Attorneys for Defendant
HOWMEDICA OSTEONICS
CORPORATION

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 04/21/2015**

## CERTIFICATE OF SERVICE BY ECF

The undersigned hereby certifies that: I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, 501 West Broadway, 15th Floor, San Diego, California 92101-3541.

On April 20, 2015, I used the Court's Electronic Case Filing System, with the ECF registered to Amy Wintersheimer Findley to file the following document(s):

- **STIPULATION AND PROPOSED ORDER TO DISMISS ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. Said documents are available for viewing and downloading from the Court's ECF System and said documents were served upon all interested parties listed below in the manner indicated.

| | |
|---|---|
| William W. McGaha, Esq.<br>Joshua Santeramo, Esq.<br>SCHUETZE & McGAHA, P.C.<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, NV 89106 | Attorneys for Plaintiff<br>**Served via CM/ECF System**<br><br>Phone: (702) 369-3225<br>Fax:   (702) 369-2110<br>E-Mail:     wwm@smlvlaw.net<br>                 jms@smlvlaw.net |

Executed on April 20, 2015, at San Diego, California.

Susan L. Salerno
(Type or print name)

_(Signature)_

829424.01/SD

-1-